## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TABITHA HANS-ARROYO, individually and on behalf of all others similarly situated, | ) ) ) | CASE NO. 2:19-cv-06127 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WAWA, INC., | ) ) | |
| Defendant. | ) ) ) | |
| MULLER, individually and on behalf of all others similarly situated, | ) ) ) ) | CASE NO. 2:19-cv-06142 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WAWA, INC., | ) ) | |
| Defendant. | ) ) ) | |
| KAUFMAN, individually and on behalf of all others similarly situated, | ) ) ) ) | CASE NO. 2:19-cv-06032-JHS |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WAWA, INC., | ) ) | |
| Defendant. | ) ) ) | |

| | | |
|---|---|---|
| NEWTON, individually and on behalf of all others similarly situated, | ) ) ) | CASE NO. 5:19-cv-06147-GEKP |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WAWA, INC., | ) ) ) | |
| Defendant. | ) ) | |
| ROESSLE, individually and on behalf of all others similarly situated, | ) ) ) | CASE NO. 2:19-cv-06161-GEKP |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WAWA, INC., | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' MOTION TO CONSOLIDATE PURSUANT TO
FED. R. CIV. P. 42(a) AND FOR APPOINTMENT OF INTERIM
CO-LEAD CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs in the above-captioned matters ("Plaintiffs") hereby move for an order:

1. Consolidating the following putative class actions filed in this Court concerning the Wawa data breach, and any future related actions, under the docket number of the first filed case, 2:19-cv-06019, and under the title *In re Wawa, Inc. Customer Data Sec. Breach Litig.*:

1

| Case Name | Case No. | Date Filed | Judge |
|---|---|---|---|
| *Rapak v. Wawa, Inc.* | 2:19-cv-06019 | 12/20/19 | Hon. Gene E.K. Pratter |
| *Kaufman v. Wawa, Inc.* | 2:19-cv-06032 | 12/20/19 | Hon. Joel H. Slomsky |
| *Cohen v. Wawa, Inc.* | 2:19-cv-06064 | 12/20/19 | Hon. Nitza I. Quinones Alejandro |
| *Mullen et al v. Wawa, Inc.* | 2:19-cv-06076 | 12/23/19 | Hon. Joel H. Slomsky |
| *Emery v. Wawa, Inc. et al.* | 2:19-cv-06077 | 12/23/19 | Hon. C. Darnell Jones, II |
| *Hans-Arroyo v. Wawa, Inc.* | 2:19-cv-06127 | 12/26/19 | Hon. Gene E.K. Pratter |
| *Muller v. Wawa, Inc.* | 2:19-cv-06142 | 12/26/19 | Hon. Wendy Beetlestone |
| *Newton v. Wawa, Inc.* | 5:19-cv-06147 | 12/27/19 | Hon. Gene E.K. Pratter |
| *Roessle v. Wawa, Inc.* | 2:19-cv-06161 | 12/27/19 | Hon. Gene E.K. Pratter |
| *Fisher v. Wawa, Inc.* | 2:19-cv-06179 | 12/30/19 | Hon. Gene E.K. Pratter |
| *Schultz v. Wawa, Inc.* | 2:19-cv-06190 | 12/31/19 | Hon. Gene E.K. Pratter |

2. Appointing Benjamin F. Johns of Chimicles Schwartz Kriner & Donaldson-Smith LLP ("CSK&D") and Sherrie R. Savett of Berger Montague, PC ("BM") as Interim Co-Lead Class Counsel in this consumer data breach class action lawsuit, and the following attorneys to a Plaintiffs' Steering Committee ("PSC"): Tina Wolfson (Ahdoot & Wolfson, PC), William B. Federman (Federman & Sherwood), Jonathan Shub (Kohn, Swift & Graf, P.C.), Melissa R. Emert (Stull, Stull & Brody), and Michael Gallagher (Milberg Phillips Grossman, LLP).

This Motion is based on this Notice of Motion; the accompanying Memorandum of Law; the Declaration of Benjamin F. Johns; the Declaration of Sherrie R. Savett; the Proposed Order submitted herewith; and any other matter the Court may wish to consider.  Proposed Interim Co-Lead Counsel has reached out to Wawa's counsel concerning the relief sought in this motion, but were advised by its counsel that it has not yet taken a position as of the time of this filing.

Plaintiffs submit that they do not require oral argument for this motion, and that this motion can be decided on the papers.

Dated: January 2, 2020 	Respectfully submitted,

   /s/    Benjamin F. Johns
Benjamin F. Johns
Andrew W. Ferich
Mark B. DeSanto
**CHIMICLES SCHWARTZ KRINER**
 **& DONALDSON-SMITH LLP**
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
(610) 642-8500
bfj@chimicles.com
awf@chimicles.com
mbd@chimicles.com

Sherrie R. Savett (PA Bar No. 17646)
Shanon J. Carson (PA Bar No. 85957)
Jon J. Lambiras (PA Bar No. 92384)
**BERGER MONTAGUE, PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
ssavett@bm.net
scarson@bm.net
jlambiras@bm.net

E. Michelle Drake
**BERGER MONTAGUE, PC**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

*Proposed Interim Co-Lead Class Counsel*

Tina Wolfson
Bradley King
Henry Kelston
**AHDOOT & WOLFSON, PC**

10728 Lindbrook Drive
Los Angeles, California 90024
Tel: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com
bking@ahdootwolfson.com
hkelston@ahdootwolfson.com

William B. Federman
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Tel: (405) 235-1560
Fax: (405) 239-2112
WBF@federmanlaw.com

Jonathan Shub (PA ID 53965)
Kevin Laukaitis (PA ID 321670)
**KOHN, SWIFT & GRAF, P.C.**
160 Market Street, Suite 2500
Philadelphia, PA 19103
Phone: (215) 238-1700
jshub@kohnswift.com
klaukaitis@kohnswift.com

Melissa R. Emert
**STULL, STULL & BRODY**
6 East 45th St. 5th Floor
New York, NY 10017
Phone: (954) 341-55661
memert@ssbny.com

Michael J. Gallagher, Jr.
Andrei V. Rado
Blake H. Yagman
**MILBERG PHILLIPS GROSSMAN, LLP**
One Pennsylvania Plaza, Suite 1920
New York, NY, 10119-0165
Tel: (212) 594-5300
Fax: (212) 868-1229
arado@milberg.com
mgallagher@milberg.com
byagman@milberg.com

*Proposed Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of January 2020, a true and correct copy of the above and foregoing was (1) filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record; (2) mailed via the United States Postal Service, certified mail, to Wawa, Inc.'s headquarters located at Red Roof, 260 W. Baltimore Pike, Wawa, Pennsylvania 19063; and (3) filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record in the related actions, as listed below:

| Case Name | Case No. | Counsel | |
|---|---|---|---|
| Rapak v. Wawa, Inc. | 2:19-cv-06019 | Anthony M. Christina (PA ID# 322528)<br>**LOWEY DANNENBERG, P.C**<br>One Tower Bridge<br>100 Front Street, Suite 520<br>West Conshohocken, PA 19428<br>Telephone: (215) 399-4770<br>Email: achristina@lowey.com | Vincent Briganti *(pro hac vice forthcoming)*<br>Christian Levis *(pro hac vice forthcoming)*<br>Johnathan Seredynski *(pro hac vice forthcoming)*<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 997-0500<br>Email: vbriganti@lowey.com<br>clevis@lowey.com<br>jseredynski@lowey.com |
| Kaufman v. Wawa, Inc. | 2:19-cv-06032 | Jonathan Shub (PA ID 53965)<br>Kevin Laukaitis (PA ID 321670)<br>**KOHN, SWIFT & GRAF, P.C.**<br>160 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Phone: (215) 238-1700<br>jshub@kohnswift.com<br>klaukaitis@kohnswift.com | Melissa R. Emert*<br>**STULL, STULL & BRODY**<br>6 East 45th St., 5th Floor<br>New York, NY 10017<br>Phone: (954) 341-5561<br>memert@ssbny.com<br><br>*\*Pro Hac Vice Application forthcoming* |
| Cohen v. Wawa, Inc. | 2:19-cv-06064 | Richard M. Golomb, Esquire<br>Kenneth J. Grunfeld, Esquire<br>**GOLOMB & HONIK, P.C.**<br>1835 Market Street, Suite 2900<br>Philadelphia, PA 19103<br>Phone: (215) 985-9177 | |

| | | | |
|---|---|---|---|
| | | Fax: (215)985-4169 | |
| Mullen et al v. Wawa, Inc. | 2:19-cv-06076 | Linda P. Nussbaum<br>Bart D. Cohen (PA 57606)<br>James Perelman (P A 318456)<br>**NUSSBAUM LAW GROUP, P.C.**<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036-8718<br>(917) 438-9102<br>lnussbaum@nussbaumpc.com<br>bcohen@nussbaumpc.com<br>jperelman@nussbaumpc.com | Michael E. Criden<br>Lindsey C. Grossman<br>**CRIDEN & LOVE, P.A.**<br>7301 SW 57th Court, Ste. 515<br>South Miami, FL 33143<br>(305) 357-9000<br>mcriden@cridenlove.com<br>lgrossman@cridenlove.com |
| Emery v. Wawa, Inc. et al | 2:19-cv-06077 | Gary F. Lynch (PA ID 56887)<br>Jamisen A. Etzel (PA ID 311554)<br>Kevin W. Tucker (PA ID 312144)<br>**CARLSON LYNCH, LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Tel. (412) 322-9243<br>glynch@carlsonlynch.com<br>jetzel@carlsonlynch.com<br>ktucker@carlsonlynch.com | |
| Hans-Arroyo v. Wawa, Inc. | 19-cv-06127 | Benjamin F. Johns<br>Samantha E. Holbrook<br>Mark B. DeSanto<br>Andrew W. Ferich<br>**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**<br>One Haverford Centre<br>361 Lancaster Avenue<br>Haverford, PA 19041<br>Tel: (610) 642-8500<br>bfj@chimicles.com<br>seh@chimicles.com<br>mbd@chimicles.com<br>awf@chimicles.com | Tina Wolfson<br>Bradley King<br>Henry Kelston<br>**AHDOOT & WOLFSON, PC**<br>10728 Lindbrook Drive<br>Los Angeles, California 90024<br>Tel: (310) 474-9111<br>Fax: (310) 474-8585<br>twolfson@ahdootwolfson.com<br>bking@ahdootwolfson.com<br>hkelston@ahdootwolfson.com |
| Muller v. Wawa, Inc. | 2:19-cv-06142 | Sherrie R. Savett (PA Bar No. 17646)<br>Shanon J. Carson (PA Bar No. 85957) | |

| | | | |
|---|---|---|---|
| | | Jon J. Lambiras (PA Bar No. 92384)<br>**BERGER MONTAGUE, PC**<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Fax: (215) 875-4604<br>ssavett@bm.net<br>scarson@bm.net<br>jlambiras@bm.net<br><br>E. Michelle Drake<br>**BERGER MONTAGUE, PC**<br>43 SE Main Street, Suite 505<br>Minneapolis, MN 55414<br>Tel: (612) 594-5933<br>Fax: (612) 584-4470<br>emdrake@bm.net | |
| Newton v. Wawa, Inc. | 2:19-cv-06147 | William B. Federman,<br>*Pro Hac Vice Application to be filed*<br>**FEDERMAN & SHERWOOD**<br>10205 N. Pennsylvania Ave.<br> Oklahoma City, Oklahoma 73120<br>(405) 235-1560<br>(405) 239-2112 (facsimile)<br>wbf@federmanlaw.com | |
| Roessle v. Wawa, Inc. | 19-cv-06161 | Sherrie R. Savett<br>Shanon J. Carson<br>Jon J. Lambiras<br>**BERGER MONTAGUE, PC**<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile:  (215) 875-4604<br>ssavett@bm.net<br>scarson@bm.net<br>jlambiras@bm.net | Michael J. Gallagher, Jr.<br>Andrei V. Rado (*pro hac vice forthcoming*)<br>Blake H. Yagman (*pro hac vice forthcoming*)<br>**MILBERG PHILLIPS GROSSMAN, LLP**<br>One Pennsylvania Plaza, Suite 1920<br>New York, NY 10119-0165<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229<br>mgallagher@milberg.com<br>arado@milberg.com<br>byagman@milberg.com |
| Fisher v. Wawa, Inc. | 19-cv-06179 | **BARRACK, RODOS & BACINE** | **BARRACK, RODOS & BACINE** |

| | | Julie B. Palley<br>Chad A. Carder<br>Jeffrey B. Gittleman<br>Jeffrey W. Golan (PA #33729)<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 | Stephen R. Basser<br>One America Plaza<br>600 W. Broadway, Suite 900<br>San Diego, CA 92101 |
|---|---|---|---|
| Schultz et al. v. Wawa, Inc. | 19-cv-06190 | Natalie Finkelman Bennett (PA ID 57197)<br>James C. Shah (PA ID 80337)<br>Alec Berin (PA ID 328071)<br>**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**<br>1845 Walnut Street, Suite 806<br>Philadelphia, PA 19103<br>Telephone: (610) 891-9880<br>Facsimile: (866) 300-7367<br>nfinkelman@sfmslaw.com<br>jshah@sfmslaw.com<br><br>Richard L. Coffman<br>**THE COFFMAN LAW FIRM**<br>Edison Plaza<br>350 Pine Street, Suite 700<br>Beaumont, TX 77701<br>Telephone: (409) 833-7700<br>Facsimile: (866) 835-8250<br>rcoffman@coffmanlawfirm.com | Mitchell A. Toups<br>**MITCHELL A. TOUPS, LTD.**<br>2615 Calder Ave., Suite 400<br>Beaumont, TX 77702<br>Telephone: (409) 838-0101<br>Facsimile: (409) 838-6780<br>matoups@wgttlaw.com<br><br>Michael D. Shaffer (PA ID 60191)<br>Michael H. Gaier (PA ID 50210)<br>**SHAFFER & GAIER, LLC**<br>1628 JFK Boulevard, Suite 400<br>Philadelphia PA 19103<br>Telephone: (215) 751 0100<br>Facsimile: (215)751 0723<br>mshaffer@shaffergaier.com<br>mgaier@shaffergaier.com |

Dated: January 2, 2020               By: *//s//  Benjamin F. Johns*
                                           Benjamin F. Johns